IN THE UNITED STATES DISTRIC COURT
NORTHERN DISTRICT OF ILLINOIS

ERIC WARE, )
) 08 C 50158
V.    PLAINTIFF. ) No. _____
)
NEDRA CHANDLER, et al. )   Kapala
)
)
    DEFENDANTS. )

FILED
JUL 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PLAINTIFF'S SUPPLEMENTED COMPLAINT

Now come the Plaintiff, eric Ware, pro se, and moves this Honorable Court to allow his Supplemented Complaint pursuant to Federal Rule of Civil Procedure 15, and he states as follows:

1. The Plaintiff supplements his complaint to allow the court and other parties to know the following:

2. That the allegations in regards to each Defendant occurred during the year of 2008, with the exception of Mr. Roger E. Walker Jr., which has occurred over a four year period in regards to Plaintiff's religious diet and the claim in regards to the soybean food products.

WHEREFORE the Plaintiff prays that this honorable court allow his Motion to Supplement his Complaint.

RESPECTFULLY SUBMITTED:
*Eric Ware*
ERIC WARE R-32516
7/25/08

1.