AFFIDAVIT ACCOMPANYING MOTION FOR
██████████ IN FORMA PAUPERIS
United States ████████ District Court

**FILED**
JUL 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Eric Ware

v.   Case No. _____

Nedra Chandler et al

) ██████ United States District Court for the
) Northern District of Illinois
)
) District Court No. 08 C 50158
)
) District Court Judge Kapala
)

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: *Eric Ware*

**Instructions**
Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: 7/25/08

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): _____ | $ | $ | $ | $ |
| Total monthly income: | $ -368.01 | $ | $ | $ |

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |



3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ -368.45
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.



| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & year: |
| | | Model: N/A |
| | | Registration # |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: N/A | N/A | N/A |
| Model: | | |
| Registration # | | |

2

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $ 0 | $ |
| Are real estate taxes included? [ ] Yes [ ] No |  |  |
| Is property insurance included? [ ] Yes [ ] No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 0 | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle expenses | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ 0 | $ |

|  |  |  |
|---|---|---|
| Life | $ 0 | $ ___ |
| Health | $ 0 | $ ___ |
| Motor vehicle | $ 0 | $ ___ |
| Other: _____ | $ 0 | $ ___ |

Taxes (not deducted from wages or included in mortgage payments) (specify): $ ___  $ ___

Installment payments $ ___  $ ___

    Motor Vehicle $ ___  $ ___

    Credit card (name): _N/A_ $ ___  $ ___

    Department store (name): _N/A_ $ ___  $ ___

    Other: _N/A_ $ ___  $ ___

Alimony, maintenance, and support paid to others $ 0  $ ___

Regular expenses for operation of business, profession, or farm (attach detail) $ 0  $ ___

Other (specify): _____ $ 0  $ ___

Total monthly expenses: $ 0  $ ___

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [✓] No  If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [✓] No  If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [✓] No   If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I am in Debt - 368.45, I am Broke.

13. State the address of your legal residence.

Dixon Correctional Center
2600 N. Brinton Ave
Dixon, Il. 61021

Your daytime phone number: (___) _____

Your age: 36   Your years of schooling: 14

Your social-security number: 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

**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 01/25/2008 thru End;  Inmate: R32516;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate:** R32516 Ware, Eric  **Housing Unit:** DIX-NE-28-52

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 04/10/08 | Mail Room | 04 Intake and Transfers In | 101228 | 21023 | Lawrence Correctional Center | -323.21 | -323.21 |
| 04/16/08 | Payroll | 20 Payroll Adjustment | 107115 | | P/R month of 03/2008 | 1.70 | -321.51 |
| 04/23/08 | Mail Room | 04 Intake and Transfers In | 114215 | 21180 | Lawrence Correctional Center | 3.40 | -318.11 |
| 05/15/08 | Payroll | 20 Payroll Adjustment | 136115 | | P/R month of 04/2008 | 10.00 | -308.11 |
| 06/04/08 | Mail Room | 01 MO/Checks (Not Held) | 156250 | 0103170 | Boyd, Lateasa | 25.00 | -283.11 |
| 06/13/08 | Payroll | 20 Payroll Adjustment | 165115 | | P/R month of 05/2008 | 5.10 | -278.01 |
| 07/15/08 | Payroll | 20 Payroll Adjustment | 197115 | | P/R month of 06/2008 | 10.00 | -268.01 |

| | |
|---|---|
| Total Inmate Funds: | -268.01 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 100.44 |
| Funds Available: | -368.45 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 03/31/2008 | 81830225 | Disb | Legal Postage 3/31/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $1.55 |
| 04/01/2008 | 81830405 | Disb | Legal Postage 4/1/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 04/03/2008 | 81830641 | Disb | Legal Postage 4/3/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $1.77 |
| 04/04/2008 | 81830748 | Disb | Legal Postage 4/4/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $1.16 |
| 04/07/2008 | 81830824 | Disb | Legal Postage 4/7/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $1.64 |
| 04/08/2008 | 84830857 | Disb | o.a.e.v.s. copies-legal | 2 DOC: 523 Fund Library | $0.60 |
| 04/09/2008 | 81831147 | Disb | Legal Postage 4/9/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $2.84 |
| 04/14/2008 | 81831415 | Disb | Legal Postage 4/14/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $2.62 |
| 04/16/2008 | 81831790 | Disb | Legal Postage 4/16/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.75 |
| 04/16/2008 | 84831774 | Disb | o.a.e.v.s. copies-legal | 2 DOC: 523 Fund Library | $7.00 |
| 04/21/2008 | 81832205 | Disb | Legal Postage 4/21/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $4.60 |
| 04/22/2008 | 81832423 | Disb | Legal Postage-4/22/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 04/22/2008 | 84832515 | Disb | o.a.e.v.s. copies-legal | 2 DOC: 523 Fund Library | $10.50 |
| 04/25/2008 | 84832773 | Disb | o.a.e.v.s. copies-legal | 2 DOC: 523 Fund Library | $0.50 |
| 04/28/2008 | 81832927 | Disb | Legal Postage 4/28/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 04/29/2008 | 81833156 | Disb | Legal Postage-4/29/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 04/29/2008 | 84833130 | Disb | o.a.e.v.s. copies-legal | 2 DOC: 523 Fund Library | $0.60 |
| 05/19/2008 | 81835655 | Disb | Legal Postage 5/19/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $1.84 |
| 05/21/2008 | 81835955 | Disb | Legal Postage 5/21/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $1.34 |
| 05/22/2008 | 81836134 | Disb | Legal Postage 5/22/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $1.17 |
| 05/23/2008 | 81836244 | Disb | Legal Postage 5/23/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $1.26 |
| 05/27/2008 | 81836389 | Disb | Legal Postage 5/27/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $7.99 |
| 05/28/2008 | 81836604 | Disb | Legal Postage 5/28/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $1.00 |

Dixon Correctional Center
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 01/25/2008 thru End;  Inmate: R32516;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: R32516 Ware, Eric**　　　　　　　　　　　**Housing Unit: DIX-NE-28-52**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/29/2008 | 81836742 | Disb | Legal Postage 5/29/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
| 06/02/2008 | 81837022 | Disb | Legal Postage-6/2/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $3.01 |
| 06/04/2008 | 84837346 | Disb | o.a.e.v.s. copies-legal | 2 DOC: 523 Fund Library | $2.50 |
| 06/06/2008 | 81837581 | Disb | Legal Postage-6/6/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $1.17 |
| 06/09/2008 | 81837643 | Disb | Legal Postage 6/9/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $3.02 |
| 06/11/2008 | 81837958 | Disb | Legal Postage 6/11/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $1.26 |
| 06/12/2008 | 84838050 | Disb | o.a.e.v.s. copies-legal | 2 DOC: 523 Fund Library | $0.80 |
| 07/09/2008 | 81900659 | Disb | Legal Postage 7/9/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $1.01 |
| 07/10/2008 | 81900736 | Disb | Legal Postage 7/10/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $1.76 |
| 07/11/2008 | 81900834 | Disb | Legal Postage 7/11/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $1.17 |
| 07/14/2008 | 84901163 | Disb | o.a.e.v.s. copies-legal | 2 DOC: 523 Fund Library | $5.30 |
| 07/15/2008 | 81901262 | Disb | Legal Postage 7/15/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.84 |
| 07/16/2008 | 81901444 | Disb | Legal Postage-7/16/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $7.66 |
| 07/18/2008 | 81901657 | Disb | Legal Postage 7/18/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.59 |
| 07/21/2008 | 84901966 | Disb | o.a.e.v.s. copies-legal | 2 DOC: 523 Fund Library | $13.80 |
| 07/22/2008 | 81902087 | Disb | Legal Postage 7/22/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.59 |
| 07/22/2008 | 81902094 | Disb | Legal Postage 7/22/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
| 07/23/2008 | 81902300 | Disb | Legal Postage 7/23/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
| 07/23/2008 | 84902397 | Disb | o.a.e.v.s. copies-legal | 2 DOC: 523 Fund Library | $0.80 |

**Total Restrictions:** **$100.44**